UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEXANDRA CAMILLE EADES, ) | |
| ) | |
| Movant, ) | |
| ) | No. 3:09-00539 |
| v. ) | (Crim. No. 3:06cr00144-25) |
| ) | **JUDGE HAYNES** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

The Court has before it a motion for federal *habeas corpus* relief filed by a *pro se* prisoner pursuant to 28 U.S.C. § 2255. (Docket Entry No. 1) Movant is a prisoner in the Danbury Federal Correctional Institution in Danbury, Connecticut.

Under Rule 4(b), Rules – Section 2255 Proceedings, the Court is required to examine a § 2255 motion to ascertain as a preliminary matter whether "it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief . . . ." If the moving party "is not entitled to relief, the judge must dismiss the motion . . . ." *Id.*

As provided in the Memorandum filed herewith, the motion and record of prior proceedings clearly show that Movant is not entitled to relief. Accordingly, the motion (Docket Entry No. 1) is **DENIED**, and this action is **DISMISSED**. Rule 8(a), Rules – § 2255 Proceedings.

Should Movant file a notice of appeal, such notice shall be docketed as both a notice of appeal and an application for a certificate of appealability (COA). *Slack v. McDaniel*, 529 U.S. 473, 483 (2000); Rule 22(b), Fed. R. App. P. For the reasons explained in the accompanying memorandum, a COA will **NOT** issue. *See* 28 U.S.C. § 2253(c)(2); *Slack*, 529 U.S. 483-84; *Castro v. United States of America*, 310 F.3d 900, 901 (6th Cir. 2002)(citing *Lyons v. Ohio Adult Parole*

*Auth.*, 105 F.3d 1063, 1072 (6th Cir. 1997) and *Murphy v. Ohio*, 263 F.3d 466, 467 (6th Cir. 2001)).

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

**ENTERED** this the ___10th___ July, 2009.

William J. Haynes, Jr.
United States District Judge